UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL SIMONDS, ) | Case No. C08-476RSL |
| Plaintiff, ) | |
| v. ) | |
| SWEEPSTAKES, et al., ) | ORDER OF DISMISSAL |
| Defendants. ) | |

The Court, having reviewed plaintiff's complaint and application to proceed *in forma pauperis* ("IFP") in this 42 U.S.C. § 1983 civil rights action, together with all papers and exhibits in support and in opposition to those documents, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's motion for leave to proceed IFP (Dkt. No. 1) is DENIED and this action is DISMISSED without prejudice; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 28th day of April, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge