UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL SIMONDS,

    Plaintiff,

v.

SWEEPSTAKES, *et. al.*,

    Defendants.

Case No. C08-0476RSL

ORDER DENYING MOTION FOR ORDER TO SHOW CAUSE

    This matter comes before the Court on plaintiff's May 20, 2008 "Motion for Orders to Show Cause." Plaintiff's motion, like all of his previous filings in this case, is unintelligible. He states that he "moves the JUDGE for ALL ORDERS to SHOW CAUSE against his dismissal," but no orders to show cause were entered in this case. Plaintiff's motion appears to take issue with the dismissal of his complaint. However, plaintiff's previous motion to reconsider the order of dismissal was denied, and plaintiff has not presented any grounds to reconsider the dismissal or to vacate the judgment. To the extent that plaintiff seeks other relief, including the unsupported notation of a "restraining order against Lasnik," he is not entitled to any such relief in this closed case.

ORDER DENYING MOTION
FOR ORDER TO SHOW CAUSE - 1

Accordingly, plaintiff's motion (Dkt. #17) is DENIED.

DATED this 22nd day of May, 2008.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR ORDER TO SHOW CAUSE - 2